Dismissed and Memorandum Opinion filed June 2, 2005









Dismissed and Memorandum Opinion filed June 2, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00415-CR



 

____________

 

VICTOR ANTHONY
PROVOST, Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
212th District Court

Galveston County, Texas

Trial Court Cause No.
03CR2234

 



 

M E M O R A N D U M   O P I N I O N

Appellant was convicted of the offense of possession of
cocaine and sentenced to confinement for ten years in the Institutional
Division of the Texas Department of Criminal Justice on March 21, 2005.  Appellant=s notice of appeal was also filed
March 21, 2005.  A timely motion for new
trial was then filed.  

On May 6, 2005, the trial court granted appellant=s motion for new trial.  Thus, this appeal has been rendered
moot.  








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed June 2, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Frost. 

Do Not Publish C Tex. R. App. P. 47.2(b).